EARL BOLLING, Respondent, v. SEACOAST HOLDING CORP., Defendant. REUEL M. JORDAN, an Attorney, Appellant.— Order granting plaintiff's motion to discontinue one of two separate actions, brought on his behalf by separate attorneys, affirmed, without costs. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.